Annie S. Wang (SBN 243027)
annie@wangalc.com
J. Andrew Coombs, Of Counsel (SBN 123881)
andy@wangalc.com
Wang Law Corporation
1150 Foothill Boulevard, Suite E
La Cañada Flintridge, California 91011
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation
and Warner Bros. Home Entertainment Inc.


Pringprao Wannarak a/k/a
Pring Prao Wannarak
13667 Osbourne St
Arleta, California 91331

Defendant, *in pro se*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc.,<br><br>Plaintiff,<br>v.<br>Pringprao Wannarak a/k/a Pring Prao Wannarak and Does 1 – 10, inclusive,<br><br>Defendants. | Case No. CV19-00210 FMO (RAOx)<br><br>CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiffs Twentieth Century Fox Film Corporation and Warner Bros. Home Entertainment Inc. (collectively "Plaintiffs") and Defendant Pringprao Wannarak a/k/a Pring Prao Wannarak ("Defendant") in this action, and good cause appearing therefore, hereby:

Fox/WB v. Wannarak: Consent Decree  - 1 -

ORDERS that based on the Parties' Stipulation and only as to Defendant, her successors, heirs, and assignees, this Consent Decree and Permanent Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2) Plaintiffs, or one of their affiliates, own or control the copyrights or pertinent exclusive rights to distribute or license the distribution of home video and digital products, including video home cassettes as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion pictures or television episodes subject to the copyright registrations listed in Exhibits "A" and "B" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiffs' Works").

3) Plaintiffs have alleged that Defendant has made unauthorized uses of Plaintiffs' Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and her agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Consent Decree and Permanent Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiffs' Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiffs' Works;

      b)     Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any unauthorized versions of Plaintiffs' Works; or

      c)     Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiffs' Works.

5)     Plaintiffs are entitled to, and shall recover from Defendant, the maximum sum of Two Hundred Fifty Thousand Dollars ($250,000.00), pursuant to the terms of the parties' Release and Settlement Agreement dated and effective April 30, 2019.

6)     Each side shall bear its own fees and costs of suit.

7)     Except as provided herein, all claims alleged in the Complaint are dismissed without prejudice.

8)     This Consent Decree and Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

9)     The Court finds there is no just reason for delay in entering this Consent Decree and Permanent Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Decree and Permanent Injunction against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

10) The Court shall retain jurisdiction over Defendant and of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Decree and Permanent Injunction.

DATED: May 24, 2019

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

PRESENTED BY:

Wang Law Corporation

By: _____
    Annie S. Wang
    J. Andrew Coombs, Of Counsel
Attorneys for Plaintiffs
Twentieth Century Fox Film Corporation and
Warner Bros. Home Entertainment Inc.

Pringprao Wannarak a/k/a Pring Prao Wannarak

By: _____
    Pringprao Wannarak a/k/a
    Pring Prao Wannarak
Defendant, *in pro se*

# EXHIBIT "A"

# FOX'S COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA 1-048-405 | 24 Series – PILOT Episode/24 : no. 1AFF79, 12:00 am - 1:00 pm |
| PA 1-068-462 | 24 : no. 1AFF01, 1:00 am - 2:00 am |
| PA 1-068-463 | 24 : no. 1AFF02, 2:00 am - 3:00 am |
| PA 1-068-464 | 24 : no. 1AFF03, 3:00 am - 4:00 am |
| PA 1-068-763 | 24 : no. 1AFF04, 4:00 AM - 5:00 AM |
| PA 1-068-629 | 24 : no. 1AFF05, 5:00 AM-6:00 AM |
| PA 1-064-639 | 24 : no. 1AFF06, 6:00 am-7:00 am |
| PA 1-068-764 | 24 : no. 1AFF07, 7:00 AM - 8:00 AM |
| PA 1-068-765 | 24 : no. 1AFF08, 8:00 AM - 9:00 AM |
| PA 1-069-141 | 24 : no. 1AFF09, 9:00 AM-10:00 AM |
| PA 1-069-142 | 24 : no. 1AFF10, 10:00 AM-11:00 AM |
| PA 1-069-143 | 24 : no. 1AFF11, 11:00 AM-12:00 PM |
| PA 1-069-340 | 24 : no. 1AFF12, 12:00 PM - 1:00 PM |
| PA 1-069-341 | 24 : no. 1AFF13, 1:00 PM - 2:00 PM |
| PA 1-069-342 | 24 : no. 1AFF14, 2:00 PM - 3:00 PM |
| PA 1-069-343 | 24 : no. 1AFF15, 3:00 PM - 4:00 PM |
| PA 1-069-344 | 24 : no. 1AFF16, 4:00 PM - 5:00 PM |
| PA 1-069-345 | 24 : no. 1AFF17, 5:00 PM - 6:00 PM |
| PA 1-078-777 | 24 : no. 1AFF18, 6:00 PM - 7:00 PM |
| PA 1-078-530 | 24 : no. 1AFF19, 7:00 PM - 8:00 PM |
| PA 1-078-575 | 24 : no. 1AFF20, 8:00 PM-9:00 PM |
| PA 1-078-778 | 24 : no. 1AFF21, 9:00 PM - 10:00 PM |
| PA 1-078-927 | 24 : no. 1AFF22, 10:00 PM-11:00 PM |
| PA 1-085-078 | 24 : no. 1AFF23, 11:00 PM-12:00 AM |
| PA 1-097-420 | 24 Series – SEASON 2, 8:00 A.M. – 9:00 A.M. Episode |
| PA 1-110-454 | 24 Series – SEASON 2, 9:00 A.M. – 10:00 A.M. Episode |
| PA 1-110-453 | 24 Series – SEASON 2, 10:00 A.M. – 11:00 A.M. Episode |
| PA 1-097-747 | 24 Series – SEASON 2, 11:00 A.M. – 12:00 P.M. Episode |
| PA 1-097-748 | 24 Series – SEASON 2, 12:00 P.M. – 1:00 P.M. Episode |
| PA 1-110-627 | 24 Series – SEASON 2, 1:00 P.M. – 2:00 P.M. Episode |
| PA 1-110-628 | 24 Series – SEASON 2, 2:00 P.M. – 3:00 P.M. Episode |
| PA 1-121-059 | 24 Series – SEASON 2, 3:00 P.M. – 4:00 P.M. Episode |

| | |
|---|---|
| PA 1-120-125 | 24 Series – SEASON 2, 4:00 P.M. – 5:00 P.M. Episode |
| PA 1-121-095 | 24 Series – SEASON 2, 5:00 P.M. – 6:00 P.M. Episode |
| PA 1-124-306 | 24 Series – SEASON 2, 6:00 P.M. – 7:00 P.M. Episode |
| PA 1-124-303 | 24 Series – SEASON 2, 7:00 P.M. – 8:00 P.M. Episode |
| PA 1-124-558 | 24 Series – SEASON 2, 8:00 P.M. – 9:00 P.M. Episode |
| PA 1-188-054 | 24 Series – SEASON 2, 9:00 P.M. – 10:00 P.M. Episode |
| PA 1-124-717 | 24 Series – SEASON 2, 11:00 P.M. – 12:00 A.M. Episode |
| PA 1-127-703 | 24 Series – SEASON 2, 12:00 A.M. – 1:00 A.M. Episode |
| PA 1-127-700 | 24 Series – SEASON 2, 1:00 A.M. – 2:00 A.M. Episode |
| PA 1-128-066 | 24 Series – SEASON 2, 2:00 A.M. – 3:00 A.M. Episode |
| PA 1-130-020 | 24 Series – SEASON 2, 3:00 A.M. – 4:00 A.M. Episode |
| PA 1-130-019 | 24 Series – SEASON 2, 4:00 A.M. – 5:00 A.M. Episode |
| PA 1-133-310 | 24 Series – SEASON 2, 5:00 A.M. – 6:00 A.M. Episode |
| PA 1-133-307 | 24 Series – SEASON 2, 6:00 A.M. – 7:00 A.M. Episode |
| PA 1-148-579 | 24 Series – SEASON 2, 7:00 A.M. – 8:00 A.M. Episode |
| PA 1-156-104 | 24 Series – SEASON 3, 1:00 P.M. – 2:00 P.M. Episode |
| PA 1-156-105 | 24 Series – SEASON 3, 2:00 P.M. – 3:00 P.M. Episode |
| PA 1-190-073 | 24 Series – SEASON 3, 3:00 P.M. – 4:00 P.M. Episode |
| PA 1-193-051 | 24 Series – SEASON 3, 4:00 P.M. – 5:00 P.M. Episode |
| PA 1-193-198 | 24 Series – SEASON 3, 5:00 P.M. – 6:00 P.M. Episode |
| PA 1-193-199 | 24 Series – SEASON 3, 6:00 P.M. – 7:00 P.M. Episode |
| PA 1-202-043 | 24 Series – SEASON 3, 7:00 P.M. – 8:00 P.M. Episode |
| PA 1-191-876 | 24 Series – SEASON 3, 8:00 P.M. – 9:00 P.M. Episode |
| PA 1-202-821 | 24 Series – SEASON 3, 9:00 P.M. – 10:00 P.M. Episode |
| PA 1-191-886 | 24 Series – SEASON 3, 10:00 P.M. – 11:00 P.M. Episode |
| PA 1-202-822 | 24 Series – SEASON 3, 11:00 P.M. – 12:00 A.M. Episode |
| PA 1-202-823 | 24 Series – SEASON 3, 12:00 A.M. – 1:00 A.M. Episode |
| PA 1-205-207 | 24 Series – SEASON 3, 1:00 A.M. – 2:00 A.M. Episode |
| PA 1-208-710 | 24 Series – SEASON 3, 2:00 A.M. – 3:00 A.M. Episode |
| PA 1-205-208 | 24 Series – SEASON 3, 3:00 A.M. – 4:00 A.M. Episode |
| PA 1-213-072 | 24 Series – SEASON 3, 4:00 A.M. – 5:00 A.M. Episode |
| PA 1-213-071 | 24 Series – SEASON 3, 5:00 A.M. – 6:00 A.M. Episode |
| PA 1-213-073 | 24 Series – SEASON 3, 6:00 A.M. – 7:00 A.M. Episode |
| PA 1-213-074 | 24 Series – SEASON 3, 7:00 A.M. – 8:00 A.M. Episode |
| PA 1-221-554 | 24 Series – SEASON 3, 8:00 A.M. – 9:00 A.M. Episode |
| PA 1-221-757 | 24 Series – SEASON 3, 9:00 A.M. – 10:00 A.M. Episode |
| PA 1-221-758 | 24 Series – SEASON 3, 10:00 A.M. – 11:00 A.M. Episode |
| PA 1-231-497 | 24 Series – SEASON 3, 11:00 A.M. – 12:00 P.M. Episode |

| | |
|---|---|
| PA 1-231-498 | 24 Series – SEASON 3, 12:00 P.M. – 1:00 P.M. Episode |
| Pau 2-896-327 | 24 series season 4 teaser. |
| PA 1-250-984 | 24 Series Season 4 7:00 A.M. – 8:00 A.M. Episode |
| PA 1-251-034 | 24 Series Season 4 8:00 A.M. – 9:00 A.M. Episode |
| PA 1-250-990 | 24 Series Season 4 9:00 A.M. – 10:00 A.M. Episode |
| PA 1-250-989 | 24 Series Season 4 10:00 A.M. – 11:00 A.M. Episode |
| PA 1-251-035 | 24 Series Season 4 11:00 A.M. – 12:00 P.M. Episode |
| PA 1-251-036 | 24 Series Season 4 12:00 P.M. – 1:00 P.M. Episode |
| PA 1-251-037 | 24 Series Season 4 1:00 P.M. – 2:00 P.M. Episode |
| PA 1-251-038 | 24 Series Season 4 2:00 P.M. – 3:00 P.M. Episode |
| PA 1-251-039 | 24 Series Season 4 3:00 P.M. – 4:00 P.M. Episode |
| PA 1-251-040 | 24 Series Season 4 4:00 P.M. – 5:00 P.M. Episode |
| PA 1-268-192 | 24 Series Season 4 5:00 P.M. – 6:00 P.M. Episode |
| PA 1-265-836 | 24 Series Season 4: 6:00 P.M. – 7:00 P.M. Episode |
| PA 1-289-596 | 24 Series Season 4 7:00 PM - 8:00 PM Episode |
| PA 1-265-880 | 24 Series Season 4 8:00 P.M. – 9:00 P.M. Episode |
| PA 1-267-699 | 24 Series Season 4 9:00 P.M. – 10:00 P.M. Episode |
| PA 1-251-110 | 24 Series Season 4 10:00 P.M. – 11:00 P.M. Episode |
| PA 1-251-111 | 24 Series Season 4 11:00 P.M. – 12:00 A.M. Episode |
| PA 1-275-060 | 24 Series Season 4 12:00 A.M. – 1:00 A.M. Episode |
| PA 1-257-241 | 24 : no. 4AFF19, 1:00 am - 2:00 am Episode |
| PA 1-257-239 | 24 : no. 4AFF20, 2:00 am - 3:00 am Episode |
| PA 1-257-240 | 24 : no. 4AFF21, 3:00 AM - 4:00 AM Episode |
| PA 1-257-242 | 24 : no. 4AFF22, 4:00 am - 5:00 am Episode |
| PA 1-257-339 | 24 : no. 4AFF23, 5:00 AM-6:00 AM Episode |
| PA 1-290-780 | 24 series : no. 4AFF24, 6:00 AM-7:00 AM Episode |
| PA 1-259-432 | 24 : no. 5AFF01, 7:00 AM--8:00 AM |
| PA 1-259-433 | 24 : no. 5AFF02, 8:00 AM--9:00 AM |
| PA 1-259-595 | 24, : no. 5AFF03, 9:00 AM--10:00 AM |
| PA 1-259-594 | 24, : no. 5AFF04, 10:00 AM--11:00 AM |
| PA 1-260-148 | 24 Series – SEASON 5, 11:00 A.M. – 12:00 P.M. Episode |
| PA 1-313-494 | 24 Series – SEASON 5, 12:00 P.M. – 1:00 P.M. Episode |
| PA 1-320-129 | 24 : no. 5AFF07, 1:00 PM--2:00 PM. |
| PA 1-280-735 | 24 Series – SEASON 5, 2:00 P.M. – 3:00 P.M. Episode |
| PA 1-260-162 | 24 : no. 5AFF09, 3:00 PM--4:00 PM |
| PA 1-260-161 | 24 : no. 5AFF10, 4:00 PM--5:00 PM |
| PA 1-308-474 | 24 Series – SEASON 5, 5:00 P.M. – 6:00 P.M. Episode |
| PA 1-308-475 | 24 : no. 5AFF12, 6:00 PM-7:00 PM. |

| | |
|---|---|
| PA 1-308-476 | 24 : no. 5AFF13, 7:00 PM-8:00 PM |
| PA 1-308-477 | 24 Series – SEASON 5, 8:00 P.M. – 9:00 P.M. Episode |
| PA 1-260-381 | 24 : no. AFF15, 9:00 PM--10:00 PM |
| PA 1-260-380 | 24 : no. 5AFF16, 10:00 PM--11:00 PM |
| PA 1-319-413 | 24 Series – SEASON 5, 11:00 P.M. – 12:00 A.M. Episode |
| PA 1-321-031 | 24 Series – SEASON 5, 12:00 A.M. – 1:00 A.M. Episode |
| PA 1-322-202 | 24--season 5 : no. 5AFF19, 1:00 AM - 2:00 AM. |
| PA 1-324-256 | 24 : season 5, no. 5AFF20, 2:00 AM 3:00 AM. |
| PA 1-318-633 | 24 Series – SEASON 5, 3:00 A.M. – 4:00 A.M. Episode |
| PA 1-318-148 | 24 : no. 5AFF22, 4:00 AM-5:00 AM |
| PA 1-318-149 | 24 : no. 5AFF23, 5:00 AM-6:00 AM |
| PA 1-318-150 | 24 : no. 5AFF24, 6:00 AM-7:00 AM |
| Pau 3-084-918 | 24 series : season 6 sneak preview disc. |
| PA 1-328-900 | 24 : no. 6AFF01, 6:00 AM-7:00 AM |
| PA 1-342-398 | 24 : no. 6AFF02, 7:00 AM--8:00 AM |
| PA 1-342-400 | 24 : no. 6AFF03, 8:00 AM--9:00 AM |
| PA 1-328-898 | 24 : no. 6AFF04, 9:00 AM-10:00 AM |
| PA 1-325-280 | 24 : no. 6AFF05, 10:00 AM-11:00 AM. |
| PA 1-328-968 | 24 : no. 6AFF06, 11:00 AM-12:00 PM |
| PA 1-325-281 | 24 : no. 6AFF07, 12:00 PM-1:00 PM |
| PA 1-325-282 | 24 : no. 6AFF08, 1:00 PM-2:00 PM |
| PA 1-325-283 | 24 : no. 6AFF09, 2:00 PM-3:00 PM |
| PA 1-342-397 | 24 : no. 6AFF10, 3:00 PM--4:00 PM |
| PA 1-342-399 | 24 : no. 6AFF11, 4:00 PM--5:00 PM |
| PA 1-342-401 | 24 : no. 6AFF12, 5:00 PM--6:00 PM |
| PA 1-363-546 | 24 : no. 6AFF13, 6:00 PM-7:00 PM |
| PA 1-342-416 | 24 : no. 6AFF14, 7:00 PM-8:00 PM |
| PA 1-342-417 | 24 : no. 6AFF15, 8:00 PM-9:00 PM |
| PA 1-371-662 | 24--season 6 : no. 6AFF16, 9:00 PM-10:00 PM. |
| PA 1-342-436 | 24 : no. 6AFF17, 10:00 PM-11:00 PM |
| PA 1-365-797 | 24 : no. 6AFF18, 11:00 PM-12:00 AM |
| PA 1-374-934 | 24 : no. 6AFF19, 12:00 AM-1:00 AM |
| PA 1-374-935 | 24 : no. 6AFF20, 1:00 AM-2:00 AM |
| PA 1-354-641 | 24 : 6AFF21, 2:00 A.M. - 3:00 A.M. |
| PA 1-354-862 | 24 : 6AFF22, 3:00 A.M. - 4:00 A.M. |
| PA 1-354-873 | 24 : 6AFF23, 4:00 A.M. - 5:00 A.M. |
| PA 1-381-836 | 24 : no 6AFF24, Season 6, 5:00 a.m.-6:00 a.m. |
| PA 1-621-255 | 24 : 7AFF50, REDEMPTION |

| | |
|---|---|
| PA 1-626-868 | 24 : 7AFF01, 8:00 A.M. - 9:00 A.M. |
| PA 1-626-836 | 24 : 7AFF02, 9:00 A.M. - 10:00 A.M. |
| PA 1-626-870 | 24 : 7AFF03, 10:00 A.M. - 11:00 A.M. |
| PA 1-626-859 | 24, 11:00 A.M. - 12:00 P.M. |
| PA 1-625-995 | 24 Series : 7AFF05, 12:00 P.M. - 1:00 P.M. |
| PA 1-626-793 | 24, 1:00 P.M. - 2:00 P.M. |
| PA 1-626-796 | 24, 2:00 P.M. - 3:00 P.M. |
| PA 1-627-165 | 24 : 7AFF08, 3:00 P.M. - 4:00 P.M. |
| PA 1-627-325 | 24, 4:00 P.M. - 5:00 P.M. |
| PA 1-628-946 | 24 : 7AFF10, 5:00 P.M. - 6:00 P.M |
| PA 1-628-951 | 24 Series : 7AFF11, 6:00 P.M. - 7:00 P.M. |
| PA 1-628-949 | 24 : 7AFF12, 7:00 P.M. - 8:00 P.M. |
| PA 1-629-045 | 24, 8:00 P.M. - 9:00 P.M. |
| PA 1-629-043 | 24 : 7AFF14, 9:00 P.M. - 10:00 P.M. |
| PA 1-629-025 | 24 Series : 7AFF15, 10:00 P.M. - 11:00 P.M. |
| PA 1-629-384 | 24 : 7AFF16, 11:00 P.M. - 12:00 A.M. |
| PA 1-629-378 | 24 : 7AFF17, 12:00 A.M. - 1:00 A.M. |
| PA 1-631-456 | 24 : 7AFF18, 1:00 A.M. - 2:00 A.M. |
| PA 1-631-454 | 24 : 7AFF19, 2:00 A.M. - 3:00 A.M. |
| PA 1-631-539 | 24 : 7AFF20, 3:00 A.M. - 4:00 A.M. |
| PA 1-632-392 | 24 : 7AFF21, 4:00 A.M. - 5:00 A.M |
| PA 1-632-398 | 24, 5:00 A.M. - 6:00 A.M. |
| PA 1-632-404 | 24 : 7AFF23, 6:00 A.M. - 7:00 A.M |
| PA 1-632-405 | 24 : 7AFF24, 7:00 A.M. - 8:00 A.M. |
| PA 1-668-321 | 24 : 8AFF01, 4:00 P.M. - 5:00 P.M |
| PA 1-668-304 | 24 : 8AFF02, 5:00 P.M. - 6:00 P.M. |
| PA 1-668-314 | 24 : 8AFF03, 6:00 P.M. - 7:00 P.M. |
| PA 1-668-308 | 24 : 8AFF04, 7:00 P.M. - 8:00 P.M |
| PA 1-668-184 | 24, 8:00 P.M. - 9:00 P.M. |
| PA 1-668-953 | 24 : 8AFF06, 9:00 P.M. - 10:00 P.M |
| PA 1-668-931 | 24 Series : 8AFF07, 10:00 P.M. - 11:00 P.M. |
| PA 1-672-186 | 24 : 8AFF08, 11:00 P.M. - 12:00 A.M. |
| PA 1-674-735 | 24 Series, 12:00 A.M. - 1:00 A.M. |
| PA 1-674-733 | 24, 1:00 A.M. - 2:00 A.M. |
| PA 1-674-738 | 24 : 8AFF11, 2:00 A.M. - 3:00 A.M. |
| PA 1-674-383 | 24 : AFF12, 3:00 A.M. - 4:00 A.M. |
| PA 1-676-598 | 24 : 8AFF13, 4:00 A.M. - 5:00 A.M |
| PA 1-676-591 | 24 : 8AFF14, 5:00 A.M. - 6:00 A.M. |

| PA 1-679-098 | 24 : 8AFF15, 6:00 A.M. - 7:00 A.M. |
| --- | --- |
| PA 1-679-101 | 24 : 8AFF16, 7:00 A.M. - 8:00 A.M. |
| PA 1-679-099 | 24 : 8AFF17, 8:00 A.M. - 9:00 A.M. |
| PA 1-679-090 | 24 : 8AFF18, 9:00 A.M. - 10:00 A.M. |
| PA 1-680-256 | 24 : 8AFF19, 10:00 A.M. - 11:00 A.M. |
| PA 1-681-207 | 24 : 8AFF20, 11:00 A.M. - 12:00 P.M. |
| PA 1-681-213 | 24 : 8AFF21, 12:00 P.M. - 1:00 P.M. |
| PA 1-681-206 | 24 : 8AFF22, 1:00 P.M. - 2:00 P.M. |
| PA 1-684-095 | 24 : 8AFF23, 2:00 P.M. - 3:00 P.M. |
| PA 1-684-097 | 24 : 8AFF24, 3:00 P.M. - 4:00 P.M. |
| PA 1-932-765 | 24: Live Another Day |
| PA 1-909-548 | 24: LIVE ANOTHER DAY : 901 & 902, 11:00 A.M. - 12:00 P.M. AND 12:00 P.M - 1:00 P.M. |
| PA 1-909-560 | 24: LIVE ANOTHER DAY : 903, 1:00 P.M. - 2:00 P.M |
| PA 1-909-562 | 24: LIVE ANOTHER DAY : 904, 2:00 P.M. - 3:00 P.M |
| PA 1-909-563 | 24: LIVE ANOTHER DAY : 905, 3:00 P.M. - 4:00 P.M. |
| PA 1-915-132 | 24: LIVE ANOTHER DAY : 906, 4:00 P.M. - 5:00 P.M. |
| PA 1-915-117 | 24: LIVE ANOTHER DAY : 907, 5:00 P.M. - 6:00 P.M. |
| PA 1-915-120 | 24: LIVE ANOTHER DAY : 908, 6:00 P.M. - 7:00 P.M. |
| PA 1-915-121 | 24: LIVE ANOTHER DAY : 909, 7:00 P.M. - 8:00 P.M. |
| PA 1-919-660 | 24: LIVE ANOTHER DAY : 8:00 P.M. - 9:00 P.M. : 910. |
| PA 1-923-839 | 24: LIVE ANOTHER DAY : 911, 9:00 P.M. - 10:00 P.M. |
| PA 1-919-635 | 24: LIVE ANOTHER DAY : 10:00 P.M. - 11:00 A.M. : 911. |

# EXHIBIT "B"

# WARNER BROS.' COPYRIGHT REGISTRATIONS

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA 2-064-496 | GAME OF THRONES : 61, DRAGONSTONE. |
| PA 2-063-139 | GAME OF THRONES : 62, STORMBORN. |
| PA 2-063-134 | GAME OF THRONES : 63, THE QUEEN'S JUSTICE. |
| PA 2-063-737 | GAME OF THRONES : 64, THE SPOILS OF WAR. |
| PA 2-066-075 | GAME OF THRONES: EASTWATCH : 65. |
| PA 2-066-596 | GAME OF THRONES : 66, BEYOND THE WALL. |
| PA 2-066-525 | GAME OF THRONES : 67, THE DRAGON AND THE WOLF. |